IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE OPERATION OF THE UNITED ) <br> STATES DISTRICT COURT FOR THE ) <br> MIDDLE DISTRICT OF ALABAMA ) <br> IN THE ABSENCE OF FUNDING ) <br> AUTHORITY BY THE UNITED STATES ) <br> CONGRESS AND/OR THE PRESIDENT ) | 2:19-MC-3851 |

## ORDER

In the event that, at any time or for any reason, appropriate funding for the operation of the United States Courts is not made available by the United States Congress and/or the President, this Order shall become effective.

The dispensing of justice being an essential part of the functioning of our federal government, all chambers employees of the United States District Court for the Middle District of Alabama, Magistrate Judges, the Bankruptcy Judges, and all of the Court support unit employees, including offices of the District Clerk, the Bankruptcy Clerk, the United States Probation Office, and the United States Marshal, are deemed necessary and essential to the resolution of cases and are hereby declared to be such.

Accordingly, it is ORDERED that all employees of the United States District Court and United States Bankruptcy Court for the Middle District of Alabama and all support unit employees are ordered to report to work for their regularly scheduled hours, and to continue all normal operations of the Court, excepting:

1. Travel, other than that necessary to hear cases and conduct the work of the Court, shall be avoided. Any travel (except Probation) must be approved by

the Chief Judge in advance. Probation travel must be approved in advance by Chief Probation Officer or designee.

2. No new personnel shall be hired, and no new obligations or expenditures shall be made unless absolutely essential to the resolution of cases and conroversies or unless expressly authorized by the undersigned.

It is also ORDERED that the General Services Administration shall provide the level of services and building maintenance normally provided, and the United States Marshal Service shall maintain all functions necessary for the appropriate security of all Judges and Court employees and for the safe use of all Court facilities in the Middle District of Alabama.

SO ORDERED this the 14th day of January, 2019.

_____
W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE
